MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRLaw.com
AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRLaw.com
Lewis Roca Rothgerber LLP
4300 Bohannon Drive
Menlo Park, CA 94025
(650) 391-1380 (Tel.)
(702) 391-1395 (Fax)

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
RH US, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAVA LIMITED, a foreign company,<br><br>Defendant. | Civil Case No.: 3:15-cv-00926<br><br>**COMPLAINT** |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") allege the following:

## NATURE OF THIS ACTION

1. This is an action for copyright infringement and patent infringement arising out of Defendant's use of RH's copyrighted images on Defendant's website to sell knockoffs of RH products.

## PARTIES

2. Plaintiff Restoration Hardware, Inc. is a Delaware corporation whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

5511455_1

3. Plaintiff RH US, LLC is a Delaware limited liability company whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

4. Defendant HomeLava Limited is a foreign company that sells and imports products to U.S. customers, and which, upon information and belief, has a principal place of business located at TaYuan Village ODL 1633, Nanshan Area, Shenzhen, Guangdong, China.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this action involves claims for copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*, and for patent infringement arising under the Patent Act, 35 U.S.C. § 1, *et seq.*

6. This Court has personal jurisdiction over Defendant because Defendant purposefully, willfully, and/or intentionally infringed upon RH's copyrights and design patents by using RH's copyrighted photographs on its website to sell knockoffs of RH products. Upon information and belief, Defendant used the copyrighted images and patented designs with the knowledge that RH is located in California and that RH would likely suffer injury or harm resulting from the infringement in California. Indeed, Defendant continued its infringing conduct despite notice from RH. Upon information and belief, Defendant has purposefully directed its tortious conduct and activities at California, and RH's claims arise out of such conduct and activities. The exercise of personal jurisdiction is thus reasonable.

7. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because jurisdiction is not founded solely on diversity of citizenship and a substantial part of the property that is the subject of this action—namely, RH's copyrighted photographs and patented designs—is situated in this judicial district. Venue is proper in the Northern district of this court.

5511455_1

## INTRADISTRICT ASSIGNMENT

8. Pursuant to Civil Rule 3-2(c), this is an Intellectual Property Action assignable on a district-wide basis.

## GENERAL ALLEGATIONS

9. RH is an innovative and popular luxury brand in the home furnishings marketplace. RH designs, manufactures, and sells a wide variety of home furnishings, including furniture, lighting, bed, bath, hardware, and other products.

10. RH spends a substantial amount of time, money, and effort staging and photographing its products for RH's renowned product catalogs, known as "source books," and its website at <rh.com>. RH's source books and website feature thousands of beautiful photographs showing RH products in upscale and refined settings.

11. RH owns all right, title and interest in the copyrights of the photographs in its source books and website. In addition, RH routinely obtains copyright registrations for its source books. In January 2015, Restoration Hardware, Inc. assigned its rights in the photographs to RH US, LLC, and RH US, LLC subsequently granted Restoration Hardware, Inc. a license to use the photographs.

12. RH also possesses substantial patent rights, including the following two design patents, each registered with the United States Patent and Trademark Office:

- **US D687,589 S (the "D589 Patent")**

Claim: The ornamental design for **a chandelier**, as shown and described.



5511455_1

Relevant Description: FIG. 1 is a perspective view of the [sic] an embodiment of a chandelier showing my new design; FIG. 2 is a front view thereof (rear, right and left views being a mirror image); and, FIG. 3 is a bottom plan view thereof.

- **US D659,278 S (the "D278 Patent")**

Claim: The ornamental design for **a chandelier**, as shown and described.



FIG. 1  FIG. 2  FIG. 3

Description: FIG. 1 is a perspective view of a chandelier showing our new design; FIG. 2 is a front elevational view (rear, right side and left side elevational view being the same thereof); and, FIG. 3 is a bottom view thereof.  True and accurate copies of RH's patents are attached hereto as Exhibit A.

13. Unscrupulous third parties frequently use RH's photographs from its source books and website to sell knockoffs of RH's products, including products that use or embody RH's patented designs.

14. Upon information and belief, Defendant owns and operates a web-based lighting business based in Guangdong, China that sells and imports goods to customers within the United States.

15. RH recently learned that Defendant was using unauthorized copies of RH's copyrighted photographs (the "Infringing Photographs") to sell knockoffs of RH products, including products using or embodying RH's patented designs (the "Infringing Products").

4

5511455_1

16. To the best of RH's knowledge, Defendant sells its goods on its website throughout the United States, including to this Judicial District.

17. A sample of RH's photographs and the corresponding Infringing Photographs as shown from Defendant's website is set forth in the table below:

| RestorationHardware.com | HomeLava.com |
| --- | --- |
| (Exposition Quad-Loop Small Filament Bulb) | (40W E27 Retro/Vintage Edison Light Bulb A19 Halogen Bulbs — USD $12.99) |
| (Vintage Squirrel-Cage Teardrop Filament Bulb) | (40W E27 Retro/Vintage Edison Light Bulb ST64 Halogen Bulbs — USD $12.99) |
| (Vintage Cylinder Filament Amber Bulb) | (40W E27 Retro/Vintage Edison Light Bulb T30 Halogen Bulbs — USD $12.99) |
| (Vintage Tube Filament Bulb 40W) | (40W E27 Retro/Vintage Edison Light Bulb T45 Halogen Bulbs — USD $12.99) |

5511455_1







5511455_1

| RestorationHardware.com | HomeLava.com |
|---|---|
| | |
| | |

18. On November 11, 2014, RH sent a cease and desist letter to Defendant demanding that it, among other things, cease infringing RH's intellectual property, including RH's copyrights, and pay RH a reasonable amount for use of each of the copyrighted photographs at issue.

19. Defendant failed to respond. Through its own investigation, RH learned that Defendant removed the Infringing Photographs.

20. On November 4, 2014, RH sent a second cease and desist letter to Defendant. In addition to noting that Defendant never responded to RH's full demands, including the demand for payment of a reasonable amount for its use of the copyrighted photographs, RH additionally informed Defendant that Defendant was selling products that infringed upon RH's patent rights.

///
///
///
///

5511455_1

1    21.    A comparison of RH's patents, RH's products, and the Infringing
2 Products is set forth below:

### U.S. Patent No. D687,589:




### Image from RestorationHardware.com:





5511455_1

**Image from HomeLava.com:**



**U.S. Patent No. D659,278:**



5511455_1

**Image from RestorationHardware.com:**



**Image from HomeLava.com:**



5511455_1

1     22.    Defendant failed to respond to the second demand letter. Through its own investigation, RH learned that Defendant had removed the Infringing Products from its website, but Defendant otherwise failed to respond to RH's full demands.

    23.    On January 28, 2015, RH sent a third cease and desist letter to Defendant, reiterating its initial demands.

    24.    Defendant failed to respond.

    25.    With no other remaining options, RH now brings this copyright and patent infringement action.

## COUNT I
(Copyright Infringement
under 17 U.S.C. § 501 *et seq.*)

    26.    RH incorporates the allegations in foregoing paragraphs as though fully set forth herein.

    27.    RH owns copyrights in the RH photographs identified above, including pending U.S. Copyright applications for the source books and website containing the photographs at issue, which applications were duly filed with the U.S. Copyright Office with the appropriate fees having been paid.

    28.    Defendant infringed RH's copyrights by copying and publicly displaying copies of RH's photographs on Defendant's website.

    29.    RH did not authorize Defendant's copying or public display of the photographs.

    30.    Defendant's conduct was willful within the meaning of the Copyright Act.

///
///
///
///
///

5511455_1

### COUNT II
(Patent Infringement under 35 U.S.C. § 1, *et seq.*)

31. RH incorporate the allegations in foregoing paragraphs as though fully set forth herein.

32. RH owns the D589 and D278 design patents in the designs identified above (the "RH Patents").

33. Defendant infringed the RH Patents by making, using, offering to sell, selling, and/or importing into the United States products that embody or use the designs claimed in the RH Patents.

34. RH did not authorize Defendant's conduct.

35. Defendant's conduct was knowing, intentional, and willful, making this an exceptional case.

### PRAYER FOR RELIEF

WHEREFORE, RH request that the Court enter:

A. A preliminary and permanent injunction prohibiting Defendant and its officers, agents, servants, and those persons in active concert or participation with them from directly or indirectly infringing RH's rights in the copyrighted photographs and patented designs;

B. Judgment in favor of RH and against Defendant for, at RH's election, actual damages in amount to be determined at trial, together with the profits derived from Defendant's copyright infringement, or statutory damages for each violation under 17 U.S.C. § 504;

C. Judgment in favor of RH and against Defendant for damages adequate to compensate RH for Defendant's infringment of the RH Patents, wich shall be trebled as a result of Defendant's willful patnet infringement, pursuant to 35 U.S.C. § 284, or an award of Defendant's profits from its infringements pursuant to 35 U.S.C. § 289, whichever is greater, together with prejudement interest and costs;

D. Judgment in favor of RH and against Defendant for RH's costs and

5511455_1

attorneys' fees incurred in this action, pursuant to 17 U.S.C. § 505 and 35 U.S.C. § 285; and

    E.    Judgment in favor of RH and against Defendant for such other relief as the Court deems just, equitable, and proper.

Respectfully submitted,

Dated: February 27, 2015    By:  /s/ Michael J. McCue
    MICHAEL J. MCCUE
    AARON D. JOHNSON
    Lewis Roca Rothgerber LLP
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169-5996
    (702) 949-8200 (Tel.)
    (702) 949-8398 (Fax)

    Attorneys for Plaintiffs
    RESTORATION HARDWARE, INC. RH US, LLC

5511455_1